**In re Herbert Louis BROWN and Arthur Lee Gipson, alias**

**v.**

**STATE.**

**Ex parte Herbert Louis Brown and Arthur Lee Gipson.**

**SC 423.**

287 So.2d 912

**In re Julius BROWN**

**v.**

**STATE.**

**Ex parte Julius Brown.**

**SC 606.**

Supreme Court of Alabama.

Nov. 29, 1973.

Rehearing Denied Jan. 24, 1974.

Elwood Rutledge, Haleyville, T. K. Selman and Hugh Beaird, Jasper, for petitioner.

No appearances for the State.

MERRILL, Justice.

Petition of Julius Brown for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of

that Court in Brown v. State, 51 Ala.App. —, 287 So.2d 910.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX, and FAULKNER, JJ., concur.